KEY BELLEVILLES, INC., a
Pennsylvania Corporation

v.

Frank E. BALLINA, an Individual; William S. Fiorina, an Individual; and Belleville International, LLC., a Pennsylvania Limited Liability Company

Petition of: Frank E. Ballina

No. 180 WAL 2017

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Leon CULBREATH, Petitioner

No. 278 EAL 2017

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.